WILLIAM F. STRONG, Respondent, *v.* HOWARD NEWLIN, Appellant.

*Owen J. Coffin* for the respondent.

Judgment affirmed by default, with costs.